# SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

FILED
JUN 2 8 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>V.<br>JUDY CARY,<br>Defendant. | ) CRIMINAL NO.<br>)<br>) **INDICTMENT**<br>)<br>) [Vio: 29 U.S.C. § 501(c)--<br>)   Embezzlement from Labor<br>)   Organization]<br>)<br>) |

**MO06CR111**

THE GRAND JURY CHARGES:

### COUNT ONE
[29 U.S.C. § 501(c)]

In a continuous course of conduct beginning in approximately January 2001 and continuing until approximately November 2005, in the Western District of Texas, the Defendant,

**JUDY CARY,**

while an employee of a labor organization, specifically Communications Workers of America ("CWA") Local 6127, intentionally and knowingly embezzled and stole approximately $29,000 belonging to that labor organization.

All in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL.   Original signed by the
foreperson of the Grand Jury

_____
FOREPERSON OF THE GRAND JURY

JOHNNY SUTTON
United States Attorney

JOHN S. KLASSEN
Assistant United States Attorney

# SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| SEALED: XX | | UNSEALED: |
|---|---|---|
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: June 28, 2006 | MAG CT #: N/A | FBI #: |
| CASE NO: MO-06-CR- | ASSISTANT U.S. ATTORNEY: JOHN S. KLASSEN | |
| DEFENDANT: JUDY CARY | | DOB: XXXX |
| ADDRESS: XXXXXXXXXXXXXXXXXXXXX | | |
| CITIZENSHIP: USC     INTERPRETER NEEDED No  LANGUAGE: | | |
| DEFENSE ATTORNEY:<br>No attorney yet | | EMPLOYED<br>APPOINTED |
| DEFENDANT IS: Not Arrested | | |
| DATE OF ARREST: Not Arrested | | BENCH WARRANT:<br>XXX |
| PROBATION OFFICER: | | |
| NAME AND ADDRESS OF SURETY: | | |
| YOUTH CORRECTIONS ACT APPLICABLE: No | | |
| PROSECUTION BY: Indictment | | |
| OFFENSE (Code and Description): 29 USC 501(c) - Embezzlement from Labor Organization | | |
| OFFENSE IS: FELONY | | |
| MAXIMUM SENTENCE: A term of imprisonment not to exceed 5 years; a term of supervised release not to exceed 3 years; a fine not to exceed $250,000.00; and a $100 mandatory special assessment. | | |
| PENALTY IS MANDATORY: As stated above. | | |
| REMARKS: AGENT:<br>George D. Beamon, Investigator<br>United States Department of Labor<br>Office of Labor Management Standards<br>525 S. Griffin Street, Room 300<br>Dallas, Texas 75202<br>ofc 972-850-2529<br>fax 972-850-2501 | | |

WDT-Cr-3